UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DAVID EDWARD FRIEDLAND,

    Plaintiff,

v.                                                                                                               Civ. No. 16-191 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

### *NUNC PRO TUNC* AMENDED FINAL JUDGMENT

On August 3, 2017, a final judgment [ECF No. 30] was entered in the above-captioned cause identifying Plaintiff as the prevailing party. Obviously, based on the Court's Order of the same day [ECF No. 29], this identification was in error and represents a clerical error only.

This Amended Final Judgment now reflects the actual outcome of this cause and shall serve as the Final Order under Federal Rule of Civil Procedure 58 reflecting judgment for Defendant.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

1